UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                      :

COMMAND FINANCIAL PRESS CORP.,
                                      :

              Plaintiff,                        08 Civ. 9460 (WHP)

                                      :

          -against-                          <u>SCHEDULING ORDER NO. 4</u>

                                      :

THE GREAT ATLANTIC & PACIFIC
TEA COMPANY, INC.                    :

            Defendant.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        The parties requested an extension of the schedule, the following schedule is established on consent:

        1. All fact discovery shall be complete by December 31, 2009;

        2. The parties shall make their expert disclosures by December 15, 2009;

        3. The parties shall serve their expert reports by January 15, 2010;

        4. The parties shall serve their rebuttal expert reports by February 15, 2010;

        5. All expert discovery shall be complete by March 31, 2010;

        6. The parties shall file a joint pre-trial order in accord with this Court's individual practices by April 30, 2010; and

       7. This Court will hold a final pre-trial conference on May 14, 2010 at 11:30 a.m.

No further extensions will be granted.

Dated: September 22, 2009
      New York, New York

                SO ORDERED:

                _____
                WILLIAM H. PAULEY III
                U.S.D.J.

*Counsel of Record*

Michael F. Armstrong, Esq.
Sean David McAndrew, Esq.
Howrey LLP (NYC)
153 East 53rd Street
54th floor
New York, NY 10022
*Counsel for Plaintiff*

David M. Zensky, Esq.
Deborah Jill Newman, Esq.
Akin Gump Strauss Hauer & Feld
One Bryant Park
New York, NY 10036
*Counsel for Defendant*